# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAMADOU ALPHA BAH, | : | Civil No. 1:26-CV-00978 |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| CRAIG LOWE, *et al.*, | : | |
| | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 19th day of May, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED AS FOLLOWS**:

1) The petition for writ of habeas corpus, Doc. 1, is **GRANTED**.

2) Respondents, through an immigration judge, shall hold an individualized bond hearing as soon as possible but no later than **June 16, 2026**.

3) Petitioner shall file a status report by **June 23, 2026** advising the court whether an individualized bond hearing occurred.

4) Petitioner may file a motion for fees and costs under the Equal Access to Justice Act within 30 days of final judgment in this action.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania