# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAMADOU ALPHA BAH,   :  Civil No. 1:26-CV-00978
          :
   Petitioner,     :
          :
   v.        :
          :
CRAIG LOWE, *et al.*,    :
          :
   Respondents.   :  Judge Jennifer P. Wilson

## ORDER

**AND NOW**, on this 10th day of July, 2026, in accordance with the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1) Petitioner's motion to enforce, Doc. 10, is **DENIED**.

2) Judgement is entered in favor of Petitioner and the Clerk of Court shall close this case.

        s/Jennifer P. Wilson
        JENNIFER P. WILSON
        United States District Judge
        Middle District of Pennsylvania